IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MICHAEL ARMSTRONG, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| AC SWEEPERS AND | : | CIVIL ACTION NO. |
| MAINTENANCE, INC., a Georgia | : | 1:15-cv-1846-AT |
| Corporation, and LATESHA | : | |
| CRENSHAW, Individually. | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

This matter is before the Parties' Joint Motion for Approval of Settlement Agreement along with a copy of the settlement agreement filed in the record of this case on October 15, 2015. [Doc. 10.] The Court now reviews the Agreement for adequacy, consistent with the requirements of the Fair Labor Standards Act, 29 U.S.C. § 216. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982).

The Court has reviewed the proposed settlement agreement and considered counsels' explanation of the settlement terms and the practical litigation considerations that warrant settlement of this matter. In particular, the Court appreciates that the Parties have outlined their respective positions regarding the number of overtime hours that Plaintiff allegedly worked and was

not properly compensated for, and the amount of overtime compensation Plaintiff would be entitled to if he were to prevail on his claims. [Doc. 10 at 5-6.] Based on the totality of counsels' explanation, the Court finds that the Settlement Agreement under the circumstances of this case is fair, adequate, and reasonable.

THEREFORE, the Court **GRANTS** the Parties' Joint Motion for Review and Approval of Settlement and Release Agreement [Doc. 10] and **APPROVES** the settlement as a fair, reasonable, and adequate resolution of this action. The Clerk is **DIRECTED** to close the case.

**IT IS SO ORDERED** this 19th day of October, 2015.

_____
**Amy Totenberg**
**United States District Judge**